**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

A.G., individually and on behalf of R.P., a child with a disability,

                Plaintiff,                 20 **CIVIL** 7577 (LJL)

      -v-                   **JUDGMENT**

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 19, 2021, Plaintiff's motion is GRANTED IN PART AND DENIED IN PART. For the administrative phase, Plaintiff is awarded $10,694.50 in fees and $816.02 in costs for a total of $11,510.52. For the federal court level, Plaintiff is awarded $10,924 in fees and $400 in costs for a total of $11,324. The total award is $22,834.52, plus post-judgment interest at the applicable statutory rate; accordingly, the case is closed.

**Dated:** New York, New York
         October 19, 2021

                                                **RUBY J. KRAJICK**
                                                      **Clerk of Court**
                                  **BY:**
                                                        **Deputy Clerk**